31955/13442/JAF/AML                                          Attorney # 44613/ARDC # 6280632

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LEON RISTIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. |
| | ) FILED |
| **RICHELIEU BROWN and** | ) APRIL 18, 2008              YM |
| **SWIFT TRANSPORTATION CO.,** | ) 08CV2238 |
| | ) |
| **Defendants.** | ) JUDGE BUCKLO |
| | MAGISTRATE JUDGE DENLOW |

## **PETITION FOR REMOVAL**

NOW COMES defendant, SWIFT TRANSPORTATION COMPANY, INC. d/b/a SWIFT TRANSPORTATION CORPORATION, by its attorneys, CASSIDAY SCHADE LLP, in the above entitled cause, seeking removal to this court pursuant to 28 U.S.C. §1332 and in support thereof, states as follows:

1.  This action was commenced in the Circuit Court of Cook County, Illinois, on March 14, 2008.  (See Copy of Plaintiff's Complaint at Law attached hereto as Exhibit "1") A copy of the complaint was served on SWIFT TRANSPORTATION via certified mail dated April 2, 2008 and received by it on April 9, 2008. This notice is filed within thirty (30) days after service of the complaint on the defendant.

2.  At the time the action was commenced, and since then, SWIFT TRANSPORTATION COMPANY, INC. d/b/a SWIFT TRANSPORTATION CORPORATION, is a citizen of the State of Arizona as it is a corporation incorporated and existing under the laws

of the State of Arizona with its principal place of business in Arizona. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "2").

3. Upon information and belief, at the time the action was commenced, and since then, co-defendant, RICHELIEU BROWN was a citizen of the State of Alabama. (See Exhibit "1", and Swift Transportation Accident/Incident Detail Report attached as Exhibit "3").

4. The plaintiff was and is a citizen of the State of Illinois. (See Exhibit "1", ¶1).

5. The amount in controversy exceeds the sum or value of Seventy Five Thousand Dollars ($75,000.00), exclusive of interests and costs, as appears from the nature of the plaintiff's Complaint at Law, a copy of which is attached and incorporated by reference in this notice, and as discussed between counsel for the parties and memorialized within related correspondence. (See the April 14, 2008 correspondence attached hereto as Exhibit "4"; See also Exhibit "1").

6. This is a civil action in which United States district courts shall have original jurisdiction under 28 U.S.C. §1332.

7. Defendant has attached to the original notice copies of all process, pleadings and orders that have been served upon it.

WHEREFORE, defendant SWIFT TRANSPORTATION COMPANY, INC., d/b/a SWIFT TRANSPORTATION CORPORATION, prays that this cause be removed to the United States District Court for the Northern District of Illinois.

                                                        Respectfully Submitted,

                                                        CASSIDAY SCHADE, LLP

                              By:   _s/ Matthew W. Miller_____
                                        Attorneys for SWIFT TRANSPORTATION
                                        COMPANY, INC.

James A. Foster
Matthew W. Miller
ARDC # 6280632
Cassiday Schade, LLP
20 North Wacker Drive, Ste. 1040
Chicago, IL  60606
ph: 312.641.3100


7108395 ALITTLEJ;ALITTLEJ

116-50603                      SAW:ag                    12718

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LEON RISTIN,                  )
                                   )
             Plaintiff,          )                08CV2238
                                   )                JUDGE BUCKLO    YM
vs.                             )    No.:        MAGISTRATE JUDGE DENLOW
                                 )
RICHELIEU BROWN and        )
SWIFT TRANSPORTATION COMPANY, )
                                  )
            Defendants.     )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, LEON RISTIN, by and through his attorneys, PONTIKES & ASSOCIATES, and complains of Defendants, RICHELIEU BROWN and SWIFT TRANSPORTATION COMPANY, as follows:

### COUNT I

1. At all times relevant herein, including November 14, 2006, the Plaintiff, LEON RISTIN, (hereinafter referred to as "RISTIN"), was a resident of Cook County, Illinois.

2. At all relevant times herein, including November 14, 2006, Defendant, RICHELIEU BROWN, (hereinafter referred to as "BROWN"), was a resident of Auburn, Alabama and an employee of SWIFT TRANSPORTATION COMPANY, INC., (hereinafter referred to as "SWIFT"), acting in the course and scope of his employment.

3. At all times relevant herein, including November 14, 2006, SWIFT was a resident of Phoenix, Arizona, the employer of BROWN, and owner of the vehicle BROWN was driving on November 14, 2006, namely a 2007 Kenworth, Arizona license plate number AD13019.



4. On November 14, 2006, Plaintiff, RISTIN, was a passenger in a vehicle being driven by Jillian Kolalis on northbound I-55 at or near its intersection with Lemont Road.

5. On November 14, 2006, Defendant, BROWN, was operating a certain motor vehicle owned by the Defendant, SWIFT, traveling northbound on Interstate 55 at or near its intersection with Lemont Road.

6. At all times mentioned herein, Defendant, BROWN, was operating the truck owned by SWIFT at the direction of SWIFT and for the benefit of SWIFT, and was therefore an agent of SWIFT.

7. On November 14, 2006, it then and there became and was the duty of the Defendants, BROWN and SWIFT, to operate, maintain, and control the motor vehicle being driven by BROWN with ordinary care and caution for the safety of other persons in their lawful presence on the roadway, including the Plaintiff herein.

8. Notwithstanding said duty owed by the Defendants, BROWN and SWIFT, those Defendants were careless and negligent in one or more of the following respects:

    a) Operated Defendant's vehicle without keeping a proper and sufficient lookout for other people and traffic in adjacent lanes;

    b) Failed to yield the right of way to Plaintiff's vehicle;

    c) Changed lanes without first properly and sufficiently insuring it was safe to do so;

    d) Changed lanes with such speed as to make contact with Plaintiff's vehicle and force it off the road;

    e) Failed to give proper warning of Defendant's intent to change lanes;

    (f) Operated the vehicle at a speed that was improper, unsafe, and unreasonable under the conditions present at the time of the incident;

    (g) Otherwise operated the vehicle in a careless and negligent manner.

9. As a direct result of the foregoing negligent acts, Plaintiff's truck changed lanes and struck the vehicle Plaintiff was a passenger in forcing that vehicle off the roadway.

10. As a direct and proximate result of one or more of the foregoing negligent acts and/or omission of the Defendants, BROWN and SWIFT, the Plaintiff, RISTIN, sustained severe and permanent injuries causing himself great pain and anguish and has been compelled to expend and become liable for large sums of money for hospital and medical services in attempting to become healed and cured of Plaintiff's injuries, and Plaintiff was unable to work for a period of time causing Plaintiff to lose sums of money that would have accrued to the Plaintiff were it not for the aforesaid injuries, and to be otherwise disabled permanently.

WHEREFORE, Plaintiff, LEON RISTIN, prays for judgment against the Defendants, RICHELIEU BROWN and SWIFT TRANSPORTATION COMPANY in an amount in excess of $50,000.00 plus costs of this suit.

RESPECTFULLY SUBMITTED,

PONTIKES & ASSOCIATES

By: _____
Steven A. Williams

PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, IL 60602
(312) 464-1440
Firm ID: 12718

3

116-50603                           SAW:ag                                    12718

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LEON RISTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: |
| | ) |
| RICHELIEU BROWN and | ) |
| SWIFT TRANSPORTATION COMPANY, | ) |
| | ) |
| Defendants. | ) |

### ILLINOIS SUPREME COURT RULE 222 AFFIDAVIT

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he is the Attorney for the Plaintiff in the above-captioned matter and that the amount of damages sought in the attached Complaint at Law EXCEEDS $50,000.00.

PONTIKES & ASSOCIATES

By: _____
Attorneys for the Plaintiff

Steven A. Williams
PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, IL 60602
(312) 464-1440
Firm ID: 12718

4



# Affidavit of Compliance for Service of Process on Non-resident

To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   _Kistin Leon_ (First Named Plaintiff) vs. _Swift Transportation_ ~~_Roaring Swift Trans_~~ (Defendant to be Served) No. _08 L 2913_

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [ ] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [X] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_____    _4/2/08_
Signature of Affiant                Date

Subscribed before me this _2nd_ day of _April_, 200_8_.

_____
Notary Public

**OFFICIAL SEAL**
**ANGELA GRAY**
**NOTARY PUBLIC - STATE OF ILLINOIS**
**MY COMMISSION EXPIRES 08/15/11**

Printed by authority of the State of Illinois. December 2004 — 1 — EX-3

STEVEN M. PONTIKES & ASSOCIATES

ATTORNEYS AT LAW

111 West Washington, Suite 1221
Chicago, Illinois 60602

**CERTIFIED MAIL**

P 8622697
APR 02 08
1 4 4 6 MAILED FROM CHICAGO IL 60610
7004 2510 0001 9605 1085

Swift Transportation Co., Inc.
2200 S. 75th Ave.
Phoenix, AZ 85043

08CV2238
JUDGE BUCKLO   YM
MAGISTRATE JUDGE DENLOW



SERVICES     PROGRAMS     PRESS     PUBLICATIONS     DEPARTMENTS     CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | SWIFT TRANSPORTATION COMPANY, INC. | File Number | 60980829 |
|---|---|---|---|
| Status | NOT GOOD STANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 04/07/2000 | State | ARIZONA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 10/27/2006 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | ROBERT W CUNNINGHAM 2200 S 75TH AVENUE PHOENIX AZ 85043 |
| Agent City | CHICAGO | Secretary Name & Address | GLYNIS BRYAN SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

EXHIBIT 2

DATE: 9/19/07 NUSSS
TIME: 8:46:17
Case 1:08-cv-02238    Document 4    Filed 04/18/2008    Page 1 of 1
SWIFT TRANSPORTATION
ACCIDENT/INCIDENT DETAIL LISTING
SYACR0
PAGE:    1

```
ACCIDENT/INCIDENT #:  A   1061114123251      MAJOR/MINOR:   1              STATUS . . :  O
TYPE . . . . . . . :  LN CHNG                COST CENTER:   390            ORDER/DISP#:  U498258 01         CLOSE DATE:
OCCUR.DATE/TIME . . :  11/14/06  12:15       CLAIMS . . :
REPT.DATE/TIME . . :  11/14/06  12:32        COMPANY  . :   002
REPORT BY TYPE . . :  DRIVER REPORT          FLEET . . :    08             TERMINAL . :  GRERSC            ---------CREATED---------
PREVENTABLE? . . . :  P                      TRUCK . . :         930371    FLEET MNGR :  GRE5              USER ID       DATE       TIME
DOT REPORTABLE? . . :  Y                                                   DRIVER MNGR:  SHELCH            CHAMR        11/14/06   12:34
RESERVE AMOUNT . . .         94,513.13
LOCATION DESC. . . :  I-55 N/B EXIT 271B         O\O DED TAKEN    DSR Y V2 TRANSPORTED V1 CITED
CITY/STATE . . . . :  DARIEN          IL     ROAD TYPE  . :  MLT-LN HGHWY                                  ---------UPDATED---------
ROAD SURFACE . . . :  ASPHALT                DIV HWY? . . :  N                                             USER ID       DATE       TIME
WEATHER CONDITION  :  CLOUDY                 LANES . . :     0                                             NUSSS         9/19/07    8:16
DISTRICT . . . . . :  NOT APPLICABLE         SALVAGE? . :    N             SUBROGATION?: Y
CAUSE FACTOR . . . :  IMPROP LANE CHG        PHOTOS?  . :    Y             COM CTSTRPHE: NT PPLCBL-DN'TL
ACCIDENT DESC. . . :  V1 HIT V2(CAR) WHILE CHANGING LANES
                      FATAL:N   SWIFT INJ:N     CLMT INJ:Y      TOW:Y   HAZ:N    MAC52:Y     POLICE:Y
                      AMBULANCE:Y    CITATION ISSUED:Y    DETAILS:
                      USER: CHAMR     DATE: 11/14/06    TIME:  12:41                                       08CV2238
                      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                      A/P                    DOT:Y                                                         JUDGE BUCKLO    YM
                      DRIVER SHOULD BE USING HIS MIRRORS MORE OFTEN TO ENSURE THERE WAS NO VEHICLES
                      IN HIS BLIND SPOT.                                                                   MAGISTRATE JUDGE DENLO
                      USER: LOPEP     DATE: 11/15/06    TIME: 13:54
```

DRIVER INFORMATION:

```
DRIVER NAME . . . :  BRRI1   RICHELIEU            BROWN
ADDRESS . . . . . :  425 OPELIKA RD APT. 259
                     AUBURN              AL  36830        TYPE . . . . . :  1                STATUS (T/S/D) : L
HOME PHONE . . . . :  770-922-9058                        SEX . . . . . :                    DRIVER MANAGER : SHELCH
BIRTHDATE . . . . :                                       HIRE DATE . . :    3/03/03         DRIVER NUMBER  : 1
CLASSIFICATION/PTS:               0                       SOCIAL SECURITY #:                 ACTION (P/S/T) :
SEAT BELT? . . . . :  Y                                   TERMINAL . . . :  GRERSC           PROBATION DATE :
ATTORNEY . . . . . :                                      WORK PHONE . . :              EXT:  PROBATION DURATION:
ATTORNEY PHONE . . :                EXT:                  FLEET MANAGER :  GRE5              DS SNC LST DAY OFF:
                                                          REPORTED DATE/TIME: 11/14/06 12:32 HRS SNC LST 8 OFF :
                                                                                             INJURED?         : N
                                                                                             FATALITY?        : N
```

DRIVER INFORMATION:

```
DRIVER NAME . . . :  148479  DAVID           T   LARSON
ADDRESS . . . . . :  16051 SE HWY 42
                     WEIRSDALE           FL  32195        TYPE . . . . . :  O                STATUS (T/S/D) : T
HOME PHONE . . . . :  352 821-0057                        SEX . . . . . :  M                 DRIVER MANAGER : SHELCH
BIRTHDATE . . . . :                                       HIRE DATE . . :    10/30/06        DRIVER NUMBER  : 2
CLASSIFICATION/PTS:               0                       SOCIAL SECURITY #:                 ACTION (P/S/T) :
SEAT BELT? . . . . :  N                                   TERMINAL . . . :  GRERSC           PROBATION DATE :
ATTORNEY . . . . . :                                      WORK PHONE . . :              EXT:  PROBATION DURATION:
ATTORNEY PHONE . . :                EXT:                  FLEET MANAGER :  GRE5              DS SNC LST DAY OFF:
                                                          REPORTED DATE/TIME: 11/14/06 12:32 HRS SNC LST 8 OFF :
                                                                                             INJURED?         : N
                                                                                             FATALITY?        : N
```

EQUIPMENT INFORMATION:

| TYPE | CODE | CAT | YEAR | MAKE | SEAL INTACT? | SEAL# | DAMAGE? | HAZ MAT RELEASE? | EQUIP TOWED? |
|---|---|---|---|---|---|---|---|---|---|
| 536516 | D3 | | 2000 | WABASH | N | | N | N | N |
| | NO DMGS | | | | | | | | |
| | USER: CHAMR   DATE: 11/14/06   TIME: 12:34 | | | | | | | | |
| 930371 | 3X | | 2007 | KENWORTH | N | | N | N | N |


EXHIBIT 3

April 14, 2008

WRITER'S DIRECT DIAL (312) 444-1664

08CV2238
JUDGE BUCKLO    YM
MAGISTRATE JUDGE DENLOW

<u>*Via Facsimile (312) 464-1442*</u>
Steven A. Williams, Esq.
Pontikes & Associates
111 West Washington Street. Suite 1221
Chicago IL 60602

Re:   **Leon Ristin v. Swift Transportation Company**
      Court No.: 08 L 2913
      D/A: November 14, 2006
      Our File No.: 31955/13442/JAF/AML

Dear Mr. Williams:

Please be advised that this correspondence has been sent to memorialize our conversation on April 14, 2008 regarding the above captioned matter. During said conversation, you informed me, based upon a demand letter from July 2007, that Plaintiff Leon Ristin's relevant medical bills are in excess of $47,000.00 and that Plaintiff is claiming a loss of wages and permanent injuries as a result of the occurrence at issue. As such, this letter will confirm that you intend to ask for damages in excess of $75,000.00 based on Plaintiff's current medical specials, lost wages and alleged permanently disabled condition. In light of the aforementioned information and the citizenship of the parties, please note that we intend to file a petition to remove this matter to Federal Court. This petition will be forthcoming shortly.

Should you wish to discuss this matter, please do not hesitate to contact the undersigned.

Sincerely,

Cassiday Schade LLP

Anne M. Littlejohn


EXHIBIT 4

## FAX TRANSMITTAL SHEET

| DATE: | April 14, 2006 | TIME: | 3:45 pm |
|---|---|---|---|
| REQUESTED BY: | AML | EXT: | 1664 |
| FILE/CLIENT #: | 31955/13442 | FLOOR: | 11 |
| PLEASE FAX BY: | 5:00 pm | | |

**NUMBER OF PAGES (Including this sheet):** 2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (312) 641-3100 to arrange for the return of the original documents to us. Thank you!

| FROM: | Anne M. Littlejohn |
|---|---|
| TO: | Steven Williams |
| COMPANY: | Pontikes & Associates |
| FAX NUMBER: | (312) 464 - 1442 |
| SUBJECT: | Correspondence for your review |
| ☐ URGENT | ☐ FYI |
| COMMENTS: | |

Note: If any of these fax copies are illegible, or you do not receive the same number of pages as stated above,
**PLEASE RESPOND BY PHONE TO:**

Anne Littlejohn (312) 444-1664

FAX COMPLETED BY:

cassidayschade LLP | 20 NORTH WACKER DRIVE, SUITE 1040   CHICAGO, ILLINOIS 60606
OFFICE 312 641 3100   FAX 312 444 1669   CASSIDAY.COM

7107834 ALITTLEJ;ALITTLEJ

# Send Result Report
MFP
KM-1820



Firmware Version 2GM_2000.004.008 2005.12.16

Job No.: 5282         Total Time: 0°00'45"     Page: 2

## Completed

Document Name:    doc04142008170921

FAX TRANSMITTAL SHEET

cassidayschade LLP
20 NORTH WACKER DRIVE, OFFICE 312 641 3100 FAX:

| DATE: | April 14, 2006 | TIME: | 3:45 pm |
|---|---|---|---|
| REQUESTED BY: | AML | EXT: | 1664 |
| FILE/CLIENT #: | 31955/13442 | FLOOR: | 11 |
| PLEASE FAX BY: | 5:00 pm | | |

NUMBER OF PAGES (Including this sheet):    2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (312) 641-3100 to arrange for the return of the original documents to us. Thank you!

| No. | Date and Time | Destination | Times | Result | Resolution/ECM |
|---|---|---|---|---|---|
| 1 | 04/14/08 17:09 | 4641442 | 0°00'45" | OK | 200x200 Fine/On |