# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

---

In the Matter of

LEON RISTIN

    v.

RICHELIEU BROWN, et al.

Case Number:
FILED
APRIL 18, 2008  YM
08CV2238
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SWIFT TRANSPORTATION COMPANY

| | |
|---|---|
| NAME | Matthew W. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Matthew W. Miller |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL  60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  TELEPHONE NUMBER | |
| 6204705 | (312) 641-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES ☒ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES ☒ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES ☒ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES ☒ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL   ☐ | APPOINTED COUNSEL   ☐ |

7109367 ALITTLEJ;ALITTLEJ