

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

J. CASTILLO

| | |
|---|---|
| LEON RISTIN ) | |
| ) | |
| v. ) | 08 CV 2238 |
| ) | |
| RICHELIEU BROWN and ) | |
| SWIFT TRANSPORTATION CO. ) | |

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

It appearing that the above-captioned case has been assigned to the calendar of Judge Bucklo in error; it is recommended that the assignment be vacated and the case be reassigned to the next available Judge by lot.

MICHAEL W. DOBBINS, CLERK

_C. Mercado_

Dated: April 22, 2008                C. Mercado, Deputy Clerk

************************************************************************

**ORDER OF THE EXECUTIVE COMMITTEE**

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to the next available Judge.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_James F. Holderman_

Dated: APR 2 2 2008

Chief Judge

Honorable Judge Bucklo, who is on sabbatical, was assigned to this case in error. The assignment is to be vacated and reassigned to the next available Judge by lot.