# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08cv2238 |
|---|---|
| LEON RISTIN | Judge Ruben Castillo |
| v. | |
| RICHELIEU BROWN, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SWIFT TRANSPORTATION COMPANY

| | |
|---|---|
| NAME | Anne Marie Littlejohn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Anne M. Littlejohn |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL  60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6293236 | TELEPHONE NUMBER  (312) 444-1664 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐YES  ☒ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES  ☒NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐YES  ☒ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐YES  ☒ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL  ☐ | APPOINTED COUNSEL  ☐ |

7114224 ALITTLEJ;ALITTLEJ