116-50603/BAM                No.: 1:08-cv-02238        *Electronically Filed*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LEON RISTEN, | ) | Before the Circuit Court of Cook |
| | ) | County, Illinois, Law Division |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | No.: 08 L 2913 |
| | ) | |
| RICHELIEU BROWN and | ) | |
| SWIFT TRANSPORTATION COMPANY, | ) | Honorable Ruben Costello |
| | ) | Judge Presiding |
| Defendant/Appellant. | ) | |

### AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, LEON RISTIN, by and through his attorneys, PONTIKES &

ASSOCIATES, and complains of Defendants, RICHELIEU BROWN and SWIFT

TRANSPORTATION COMPANY, as follows:

### JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1332 in that: a) both Defendants are non-

Illinois residents (Swift is a citizen of Arizona and Brown is a resident of Alabaman) and, b) the

amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### COUNT I

1.    At all times relevant herein, including November 14, 2006, the Plaintiff, LEON

RISTIN, (hereinafter referred to as "RISTIN"), was a resident of Cook County, Illinois.

2.    At all relevant times herein, including November 14, 2006, Defendant,

RICHELIEU BROWN, (hereinafter referred to as "BROWN"), was a resident of Auburn,

Alabama and an employee of SWIFT TRANSPORTATION COMPANY, INC., (hereinafter

referred to as "SWIFT"), acting in the course and scope of his employment.

3.    At all times relevant herein, including November 14, 2006, SWIFT was a resident of Phoenix, Arizona, the employer of BROWN, and owner of the vehicle BROWN was driving on November 14, 2006, namely a 2007 Kenworth, Arizona license plate number AD13019.

4.    On November 14, 2006, Plaintiff, RISTIN, was a passenger in a vehicle being driven by Jillian Kolalis on northbound I-55 at or near its intersection with Lemont Road.

5.    On November 14, 2006, Defendant, BROWN, was operating a certain motor vehicle owned by the Defendant, SWIFT, traveling northbound on Interstate 55 at or near its intersection with Lemont Road.

6.    At all times mentioned herein, Defendant, BROWN, was operating the truck owned by SWIFT at the direction of SWIFT and for the benefit of SWIFT, and was therefore an agent of SWIFT.

7.    On November 14, 2006, it then and there became and was the duty of the Defendants, BROWN and SWIFT, to operate, maintain, and control the motor vehicle being driven by BROWN with ordinary care and caution for the safety of other persons in their lawful presence on the roadway, including the Plaintiff herein.

8.    Notwithstanding said duty owed by the Defendants, BROWN and SWIFT, those Defendants were careless and negligent in one or more of the following respects:

      a)    Operated Defendant's vehicle without keeping a proper and sufficient lookout for other people and traffic in adjacent lanes;

      b)    Failed to yield the right of way to Plaintiff's vehicle;

      c)    Changed lanes without first properly and sufficiently insuring it was safe to do so;

      d)    Changed lanes with such speed as to make contact with Plaintiff's vehicle and force it off the road;

      e)    Failed to give proper warning of Defendant's intent to change lanes;

      (f)     Operated the vehicle at a speed that was improper, unsafe, and unreasonable under the conditions present at the time of the incident;

      (g)     Otherwise operated the vehicle in a careless and negligent manner.

9.     As a direct result of the foregoing negligent acts, Plaintiff's truck changed lanes and struck the vehicle Plaintiff was a passenger in forcing that vehicle off the roadway.

10.     As a direct and proximate result of one or more of the foregoing negligent acts and/or omission of the Defendants, BROWN and SWIFT, the Plaintiff, RISTIN, sustained severe and permanent injuries causing himself great pain and anguish and has been compelled to expend and become liable for large sums of money for hospital and medical services in attempting to become healed and cured of Plaintiff's injuries, and Plaintiff was unable to work for a period of time causing Plaintiff to lose sums of money that would have accrued to the Plaintiff were it not for the aforesaid injuries, and to be otherwise disabled permanently.

WHEREFORE, Plaintiff, LEON RISTIN, prays for judgment against the Defendants, RICHELIEU BROWN and SWIFT TRANSPORTATION COMPANY in an amount in excess of $50,000.00 plus costs of this suit.

RESPECTFULLY SUBMITTED,

PONTIKES & ASSOCIATES

By:    s/Beth A. Miller
       Attorney for Plaintiff-Appellee

Beth A. Miller
Steven A. Williams
PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, IL 60602
(312) 464-1440
ARDC# 6203264

3

116-50603/BAM                    No.: 1:08-cv-02238        *Electronically Filed*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LEON RISTEN, | ) | Before the Circuit Court of Cook |
| | ) | County, Illinois, Law Division |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | No.: 08 L 2913 |
| | ) | |
| RICHELIEU BROWN and | ) | |
| SWIFT TRANSPORTATION COMPANY, | ) | Honorable Ruben Costello |
| | ) | Judge Presiding |
| Defendant/Appellant. | ) | |

### NOTICE OF FILING

TO:    Anne Little John
       Cassiday, Schade, LLP
       20 N. Wacker Dr., Ste. 1040
       Chicago, IL 60606

PLEASE TAKE NOTICE THAT on **June 4, 2008** we filed with the U.S. District Court, Northern District of Illinois, Eastern Division, Plaintiff/Appellee's **Amended Complaint**.

**Beth A. Miller**
**Steven A. Williams**
**PONTIKES & ASSOCIATES**
**111 W. Washington St., Ste. 1221**
**Chicago, Illinois 60602**
**(312) 464-1440**

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on the 4th **day of June, 2008** via **electronic filing.**

                              s/Beth A. Miller
                              Attorney for Leon Ristin