116-50603/BAM                    No.: 1:08-cv-02238                    *Electronically Filed*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LEON RISTEN, | ) | Before the Circuit Court of Cook |
| | ) | County, Illinois, Law Division |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | No.: 08 L 2913 |
| | ) | |
| RICHELIEU BROWN and | ) | |
| SWIFT TRANSPORTATION COMPANY, | ) | Honorable Ruben Costello |
| | ) | Judge Presiding |
| Defendant/Appellant. | ) | |

### MOTION TO VACATE

NOW COMES Plaintiff-Appellee, by and through his attorneys, STEVEN M. PONTIKES & ASSOCIATES, and moves this Honorable Court to vacate the dismissal of May 16, 2008 on the basis that Plaintiff has filed an Amended Complaint in compliance with the Federal Rules and the Court's Order and move this Court to reinstate the matter for further proceedings.

RESPECTFULLY SUBMITTED,

PONTIKES & ASSOCIATES

By:   s/Beth A. Miller
      Attorney for Plaintiff-Appellee

Beth A. Miller
Steven A. Williams
PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, IL 60602
(312) 464-1440
ARDC# 6203264