116-50603/BAM                    No.: 1:08-cv-02238                    *Electronically Filed*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

| | | |
|---|---|---|
| LEON RISTEN, | ) | Before the Circuit Court of Cook |
|  | ) | County, Illinois, Law Division |
| Plaintiff/Appellee, | ) | |
|  | ) | |
| vs. | ) | No.: 08 L 2913 |
|  | ) | |
| RICHELIEU BROWN and | ) | |
| SWIFT TRANSPORTATION COMPANY, | ) | Honorable Ruben Costello |
|  | ) | Judge Presiding |
| Defendant/Appellant. | ) | |

### NOTICE OF MOTION

TO:   Anne Little John
       Cassiday, Schade, LLP
       20 N. Wacker Dr., Ste. 1040
       Chicago, IL 60606

   PLEASE TAKE NOTICE THAT on the **4th day of June, 2008, Plaintiff—Appellee's Motion to Vacate**, filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

Beth A. Miller
PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, Illinois 60602
(312) 464-1440

### CERTIFICATE OF SERVICE

   The undersigned certifies that true and correct copy of the foregoing was served on the **4th day of June 2008** via **electronic filing**:

                                           s/Beth A. Miller
                                           Attorney for Leon Ristin