31955/13442/JAF/AML

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEON RISTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1: 08-cv-02238 |
| ) | |
| RICHELIEU BROWN, et al., ) | Honorable Ruben Castillo |
| ) | |
| Defendants. ) | |

**PRE-TRIAL SETTLEMENT REPORT**

NOW COMES the Defendant, SWIFT TRANSPORTATION COMPANY, by and through its attorneys, CASSIDAY SCHADE LLP, and reporting on settlement discussions per the Court's previous order, states as follows:

1. The parties appeared before the Honorable Reuben Castillo on June 11, 2008 for Plaintiff, LEON RISTIN'S motion to vacate the Court's Order on May 16, 2008, dismissing this case. (See Minute Order entered May 16, 2008 attached as Exhibit "A").

2. Per Judge Castillo's Order entered June 11, 2008, the parties were directed to exhaust all settlement possibilities prior to the next hearing on July 1, 2008. (See Minute Order entered June 11, 2008 attached as Exhibit "B").

3. To date the parties have not settled this matter. Plaintiff's last demand was $250,000 and Defendant's last offer was $50,000.

4. In attempting to reach an agreed settlement, counsel for Defendant SWIFT requested a current list of medical treatment received by Plaintiff since February 2007, any information pertaining to Plaintiff's wage loss claim and supporting documentation, an itemized list of medical bills that Plaintiff has paid to date, any outstanding bills of which Plaintiff is aware, and the names of any/all lien holders. ( See correspondence from Cassiday Schade, LLP to Pontikes & Associates dated June 13 and 17, 2008, attached as Exhibit "C" and "D").

5. As of June 26, 2008, Defendant's counsel had not received any of the requested information and, therefore, called Plaintiff's counsel to discuss the status of said requests. Plaintiff's counsel informed us that they have not had a chance to meet with LEON RISTIN and are unable to provide the requested information at this time.

6. To date, Defendant SWIFT has offered $50,000 to settle this matter which it feels is a fair settlement offer based upon the following:

- Plaintiff LEON RISTIN was a passenger in a vehicle that was in an accident with Defendant SWIFT on November 14, 2006.
- LEON RISTIN'S medical bills known to date total: $42,791.50. Itemized as follows:

| Date | Description/Comments |
|---|---|
| 11/14/06 | **Total: $750.00.** Lemont Fire, for attention at seen of the accident and transportation to Good Samaritan Hospital. |
| 11/14/06 | **Total: $2,615.00.** For treatment rendered in the Good Samaritan Hospital Emergency Department after the accident. |
| 11/14/06 | **Total: $474.00.** Charge for DuPage Emergency Physicians Group. |
| 11/14/06 | **Total: $273.00.** Charge from Radiologists of DuPage for X-rays of ribs/chest, shoulder, lower spine, neck spine, thoracic spine. |
| 11/20-06 – 2/2/07 | **Total: $3,174.00.** Treatment by Dr. Edward Herba and Thomas Dzielawski DC of Pain Net Medical Group. |
| 11/21/06 – 1/11/07 | **Total: $33,343.50.** Spine Centers Institute for epidural spinal injections on: 12/28/07, 12/7/07, 1/11/07 |
| 3/19/08 | **Total: $2,102.00.** Treatment by Dr. Bassam Osman on 3/19/08. |

- Defendant SWIFT is insured by Mohave Transportation Insurance Company which has paid $12,293.39 towards the medical bill total.
- Defendant challenges the reasonableness of the outstanding fees, specifically, the bill for 6 epidural steroid injections from the Spine Centers Institute which totals: $33,343.50.
- To date, Defendant is neither informed, nor believes that LEON RISTIN has paid any of the outstanding bills.
- Defendant is aware of two liens against these bills: (1) Spine Centers Institute in the amount of $33,343.53 and (2) Paint Net Medical Group in the amount of $3,174.00.
- Plaintiff LEON RISTIN has not undergone any surgery for his alleged injuries and has only been seen for one follow up appointment since receiving physical therapy and spinal injection treatments, the last of which was on February 2, 2007.

7. From the above information (which is all that is known to Defendant at this time) it appears LEON RISTIN has had minimal interruption to his lifestyle from the events which occurred on November 14, 2006 and he has not incurred any loss of wages. Furthermore, the outstanding medical bills which Defendant feels are unreasonable are covered by liens for which Plaintiff may request a negotiated reduction.

8. Therefore, Defendant SWIFT TRANSPORTATION COMPANY feels $50,000 is a fair and reasonable settlement offer and is unwilling to pay Plaintiff LEON RISTIN'S current demand of $250,000, especially in light of the fact that Plaintiff's counsel has not provided any new information or bases to support its demand.

WHEREFORE, Defendant SWIFT TRANSPORTATION COMPANY requests this Honorable Court deny Plaintiff LEON RISTIN'S motion to vacate the dismissal order entered May 16, 2008 because Plaintiff, in contravention of this Court's order, has not provided the necessary information needed for an attempt to exhaust all settlement possibilities.

CASSIDAY SCHADE LLP

BY: /s/Anne M. Littlejohn
Attorneys for Defendant SWIFT TRANSPORTATION COMPANY

Anne M. Littlejohn
ARDC No. 6293236
CASSIDAY SCHADE LLP
20 North Wacker Drive
Suite 1040
Chicago, Illinois 60606
(312) 641-3100

7134680

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Leon Ristin

                Plaintiff,

v.                                              Case No.: 1:08-cv-02238
                                                Honorable Ruben Castillo

Richelieu Brown, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Ruben Castillo:After careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a timely motion to remand or a proper amended federal complaint. The parties are requested to exhaust all settlement possibilities prior to filing any further pleadings. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



EXHIBIT A

Case 1:08-cv-02238   Document 12   Filed 06/11/2008   Page 1 of 1

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Leon Ristin

                    Plaintiff,

v.                                        Case No.: 1:08–cv–02238
                                        Honorable Ruben Castillo

Richelieu Brown, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 6/11/2008. The parties are directed to exhaust all settlement possibilities prior to the next hearing. Plaintiff's motion to vacate is entered and continued to 7/1/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT B

**cassidayschade** LLP

CASSIDAY SCHADE LLP CHICAGO
20 NORTH WACKER DRIVE, SUITE 1040  CHICAGO, ILLINOIS 60606
OFFICE 312 641 3100  FAX 312 444 1669
CASSIDAY.COM

June 17, 2008

WRITER'S DIRECT DIAL (312) 444 1664

<u>*Via* facsimile: (312) 464-1442</u>
Steven A. Williams
Pontikes & Associates
111 West Washington Street
Suite 1221
Chicago IL 60602

    Re:    **Leon Ristin v. Swift Transportation Company**
            Court No.: 08 L 2913
            D/A: November 14, 2006
            <u>Our File No.: 31955/13442/JAF/AML</u>

Dear Mr. Williams:

    Will you please provide us with an itemization of: (1) what medical bills Mr. Risten has paid to date, (2) what medical bills are outstanding, and (3) any lien holders of which you are aware. It is necessary that we have this information for purposes of engaging in exhaustive settlement discussions per Judge Castillo's order. Please provide this itemization by June 23rd and if this is not going to be possible, please contact me so we may discuss.

Sincerely,

Cassiday Schade LLP

*[signature]*

Anne M. Littlejohn

**EXHIBIT C**

ATTORNEYS AT LAW      CHICAGO      LIBERTYVILLE      NAPERVILLE      ROCKFORD      CS LLP

## FAX TRANSMITTAL SHEET

| DATE: | June 17, 2008 | TIME: | 2:12 pm |
|---|---|---|---|
| **REQUESTED BY**: | AML | **EXT**: | 1664 |
| **FILE/CLIENT #**: | 31955/13442 | **FLOOR**: | 11 |
| **PLEASE FAX BY**: | ASAP | | |

**NUMBER OF PAGES (Including this sheet):** 2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (312) 641-3100 to arrange for the return of the original documents to us. Thank you!

| FROM: | Anne M. Littlejohn |
|---|---|
| **TO:** | **Steven Williams** |
| **COMPANY:** | Pontikes & Associates |
| **FAX NUMBER:** | (312) 464 - 1442 |
| **SUBJECT:** | Request for itemization |
| ☐ URGENT | ☐ FYI |

**COMMENTS:** Jim, the AMBR report is quite lengthy so I've included the summary page and the detail page with the most reductions and area of most concern for our client. I've also included the AMA information pages that were in the file. I will forward the same to Sally Z. Please let me know if you would like the full AMBR report – approximately 23 more pages.

Note: If any of these fax copies are illegible, or you do not receive the same number of pages as stated above,
**PLEASE RESPOND BY PHONE TO:**

| Anne Littlejohn (312) 444-1664 | Fax: (312)444-1669 |
|---|---|
| FAX COMPLETED BY: | |

cassidayschade LLP | 20 NORTH WACKER DRIVE, SUITE 1040 CHICAGO, ILLINOIS 60606 | OFFICE 312 641 3100 FAX 312 444 1669 CASSIDAY.COM

# Send Result Report
## MFP
## KM-1820



Firmware Version  2GM_2000.004.008  2005.12.16

| Job No.: 2332 | Total Time: 0°00'18" | Page: 2 |

## Completed

**Document Name:**  doc06172008142748

---

**FAX TRANSMITTAL SHEET**

**cassidayschade**LLP

| DATE: | June 17, 2008 | TIME: | 2:12 pm |
|---|---|---|---|
| REQUESTED BY: | AML | EXT: | 1664 |
| FILE/CLIENT #: | 31955/13442 | FLOOR: | 11 |
| PLEASE FAX BY: | ASAP | | |

**NUMBER OF PAGES (Including this sheet):**  2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (312) 641-3100 to arrange for the return of the original documents to us. Thank you!

20 NORTH WACKER DRIVE, OFFICE 312 641 3100 FAX

---

| No. | Date and Time | Destination | Times | Result | Resolution/ECM |
|---|---|---|---|---|---|
| 1 | 06/17/08 14:28 | 4641442 | 0°00'18" | OK | 200x200 Fine/On |

**cassidayschade** LLP

June 13, 2008

WRITER'S DIRECT DIAL (312) 444 1664

<u>*Via* facsimile: (312) 464-1442</u>
Steven A. Williams
Pontikes & Associates
111 West Washington Street
Suite 1221
Chicago IL 60602

Re:   **Leon Ristin v. Swift Transportation Company**
      Court No.: 08 L 2913
      D/A: November 14, 2006
      <u>Our File No.: 31955/13442/JAF/AML</u>

Dear Mr. Williams:

As a follow up to our phone conversation this afternoon, please advise us of any medical treatment and subsequent bills, if any, incurred by Mr. Ristin after February 2007. Additionally, please provide us with information regarding Mr. Ristin's loss of wage claim and supporting documentation.

Per Judge Castillo's order from June 11, 2008 we must engage in exhaustive settlement discussions and provide a report detailing our progress by July 1, 2008. Therefore, we request this information be made available to us as soon as possible as we cannot engage in settlement discussions without it. Please contact me if you foresee any issues in fulfilling this request.

Sincerely,

Cassiday Schade LLP

Anne M. Littlejohn

EXHIBIT D

CASSIDAY SCHADE LLP CHICAGO
20 NORTH WACKER DRIVE, SUITE 1040   CHICAGO, ILLINOIS 60606
OFFICE 312 641 3100   FAX 312 444 1669
CASSIDAY.COM

ATTORNEYS AT LAW   CHICAGO   LIBERTYVILLE   NAPERVILLE   ROCKFORD   CS LLP

# FAX TRANSMITTAL SHEET

| DATE: | June 13, 2008 | TIME: | 2:45 pm |
|---|---|---|---|
| REQUESTED BY: | AML | EXT: | 1664 |
| FILE/CLIENT #: | 31955/13442 | FLOOR: | 11 |
| PLEASE FAX BY: | 4:00 pm | | |

**NUMBER OF PAGES (Including this sheet):** 2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (312) 641-3100 to arrange for the return of the original documents to us. Thank you!

| FROM: | Anne M. Littlejohn |
|---|---|
| TO: | Steven Williams |
| COMPANY: | Pontikes & Associates |
| FAX NUMBER: | (312) 464-1442 |
| SUBJECT: | Leon Ristin data |
| ☐ URGENT | ☐ FYI |

**COMMENTS:**
**Dear Mr. Brown, please review this authorization, sign and return to me via fax and regular US Post. If you have any questions or if you would like to discuss please feel free to call me at the number below. If I am not at my desk I will return your call as soon as possible. Thank you, Anne Littlejohn**

Note: If any of these fax copies are illegible, or you do not receive the same number of pages as stated above,
**PLEASE RESPOND BY PHONE TO:**

Anne Littlejohn (312) 444-1664      Fax: (312)444-1669

FAX COMPLETED BY:

cassidayschade LLP | 20 NORTH WACKER DRIVE, SUITE 1040   CHICAGO, ILLINOIS 60606
OFFICE 312 641 3100   FAX 312 444 1669   CASSIDAY.COM

7107834 ALITTLEJ;ALITTLEJ

# Send Result Report
## MFP
## KM-1820



Firmware Version  2GM_2000.004.008  2005.12.16

| Job No.: 2257 | Total Time: 0"00'19" | Page: 2 |
|---|---|---|

## Completed

Document Name:    doc06132008144943

---

**FAX TRANSMITTAL SHEET**

cassidayschade LLP
20 NORTH WACKER DRIVE,
OFFICE 312 641 3100
FAX

| DATE: | June 13, 2008 | TIME: | 2:45 pm |
|---|---|---|---|
| REQUESTED BY: | AML | EXT: | 1664 |
| FILE/CLIENT #: | 31955/13442 | FLOOR: | 11 |
| PLEASE FAX BY: | 4:00 pm | | |

**NUMBER OF PAGES (Including this sheet):**    2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (312) 641-3100 to arrange for the return of the original documents to us. Thank you!

---

| No. | Date and Time | Destination | Times | Result | Resolution/ECM |
|---|---|---|---|---|---|
| 1 | 06/13/08 14:50 | 4641442 | 0"00'19" | OK | 200x200 Fine/On |

1