# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Leon Ristin

                                Plaintiff,

v.                                                    Case No.: 1:08−cv−02238

                                                      Honorable Ruben Castillo

Richelieu Brown, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/1/2008. Plaintiff's motion to vacate [10] is entered and continued to 8/28/2008 at 12:30 p.m. The Court will hold a settlement conference in chambers on 8/28/2008 at 12:30 p.m. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.