116-50603/BAM                    No.: 1:08-cv-02238                *Electronically Filed*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LEON RISTEN, | ) | Before the Circuit Court of Cook |
| | ) | County, Illinois, Law Division |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | No.: 08 L 2913 |
| | ) | |
| RICHELIEU BROWN and | ) | |
| SWIFT TRANSPORTATION COMPANY, | ) | Honorable Ruben Castillo |
| | ) | Judge Presiding |
| Defendant/Appellant. | ) | |

### MOTION TO CONTINUE PRETRIAL/SETTLEMENT CONFERENCE

NOW COMES Plaintiff-Appellee, LEON RISTEN, by and through his attorneys, STEVEN M. PONTIKES & ASSOCIATES, requests this Court continue the pretrial/settlement conference currently scheduled for August 28, 2008. In support of this Motion, Plaintiff, states:

1. This matter involves an automobile accident wherein RISTEN sustained injuries when he was hit by Defendant on November 14, 2006.

2. This Court set this matter for Pretrial to August 28, 2008.

3. Plaintiff is having surgery by Dr. Edward Malek for either a lumber fusion at L4-5 or microdicectomy at L4-5. Dr. Malek has recommended that RISTEN undergo one of these surgical procedures. A report detailing the procedures and costs for the procedures has been requested, however, Dr. Malek and his staff have been unable to prepare such a report in time for the upcoming pretrial. Given the extensive nature of the surgery involved, such report is necessary absent Dr. Malek's deposition, in order to attempt resolution of this case.

4.  Furthermore, attorney for Defendant, SWIFT TRANSPORTATION, advised Plaintiff's office on August 18, 2008, that she will finally release surveillance videotapes of the Plaintiff to Plaintiff's counsel pursuant to Plaintiff's previous requests. Plaintiff's counsel was advised the tapes are 372 minutes long, which counsel needs to review before a Pretrial.

WHEREFORE, Plaintiff requests this Court for a 30 day continuance of the Pretrial, from August 28, 2008 to September 24, 2008, or to any date this Court deems appropriate.

RESPECTFULLY SUBMITTED,

PONTIKES & ASSOCIATES

By:   s/Beth A. Miller
      Attorney for Plaintiff-Appellee

Beth A. Miller
Steven A. Williams
PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, IL 60602
(312) 464-1440
ARDC# 6203264

2