## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEON RISTEN, ) | Before the Circuit Court of Cook |
| ) | County, Illinois, Law Division |
| Plaintiff/Appellee, ) | |
| ) | |
| vs. ) | No.: 08 L 2913 |
| ) | |
| RICHELIEU BROWN and ) | |
| SWIFT TRANSPORTATION COMPANY, ) | Honorable Ruben Castillo |
| ) | Judge Presiding |
| Defendant/Appellant. ) | |

### NOTICE OF MOTION

TO:　Anne Little John
　　　Cassiday, Schade, LLP
　　　20 N. Wacker Dr., Ste. 1040
　　　Chicago, IL 60606

PLEASE TAKE NOTICE THAT on the **18th day of August, 2008, Plaintiff—Appellee's Motion to Continue Pretrial/Settlement Conference**, filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

Beth A. Miller
PONTIKES & ASSOCIATES
111 W. Washington St., Ste. 1221
Chicago, Illinois 60602
(312) 464-1440

### CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copy of the foregoing was served on the **18th day of August 2008 via electronic filing:**

　　　　　　　　　　　　　　　　　　　　s/Beth A. Miller
　　　　　　　　　　　　　　　　　　　　Attorney for Leon Risten