31955/13442/JAF/AML

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LEON RISTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1: 08-cv-02238 |
| | ) | |
| RICHELIEU BROWN, et al., | ) | Honorable Ruben Castillo |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S
### MOTION TO CONTINUE THE PRETRIAL/SETTLEMENT CONFERENCE

NOW COMES the Defendant, SWIFT TRANSPORTATION COMPANY, by and through

its attorneys, CASSIDAY SCHADE LLP, and in response to Plaintiff's Motion to Continue, states

as follows:

1.    Although Defendant is prepared for the settlement conference with the Court currently

scheduled for August 28, 2008, Defendant makes no objection to Plaintiff's request to continue for

thirty days.

2.    Defendant does, however, take issue with paragraph 4 of Plaintiff's motion which intimates

that defense counsel has been withholding surveillance tapes taken of Plaintiff RISTEN. (*See*

Plaintiff's Motion to Continue, ¶ 4,  filed August 18, 2008, which states: "[defense counsel] will

finally release surveillance videotapes of the Plaintiff to Plaintiff's counsel pursuant to Plaintiff's

previous requests.") Plaintiff misstates the facts and Defendant would like to correct the record.

3.  On August 13, 2008, defense counsel received seven discs of surveillance (372 minutes total) taken of Plaintiff RISTEN in July 2008, the final date filmed having been July 23, 2008. Immediately after counsel had a chance to fully review the discs, counsel telephoned plaintiff's counsel to alert her to the existence of the discs and advised that they will be promptly sent so counsel will have time to review prior to the settlement conference.

4.  Plaintiff's counsel has never made a request, formal or informal, for any documents or materials.  Additionally, defense counsel was not in possession of the surveillance tapes until August 13, 2008.  With an eye toward civility, and in an effort to pursue an efficient settlement conference with the Court, defense counsel wished to disclose these materials as soon as possible and well in advance of August 28, 2008.

Respectfully submitted,

CASSIDAY SCHADE LLP

BY:  /s/Anne M. Littlejohn
      Attorneys for Defendant SWIFT
      TRANSPORTATION COMPANY

Anne M. Littlejohn
ARDC No. 6293236
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1040
Chicago, Illinois 60606
(312) 641-3100
31955/13442/JAF/AML

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEON RISTIN | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-02238 |
| | ) | |
| RICHELIEU BROWN, et al. | ) | Honorable Ruben Castillo |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE VIA ELECTRONIC FILING**

The undersigned, being first duly sworn upon oath, deposes and states that on the **19th** day of **August, 2008**, the following described document was served by electronic filing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE THE PRETRIAL/SETTLEMENT CONFERENCE** .

DOCUMENT DESCRIPTION:      **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE THE PRETRIAL/SETTLEMENT CONFERENCE**

CASSIDAY SCHADE LLP

BY:   /s/Anne M. Littlejohn
          Attorneys for Defendant SWIFT
          TRANSPORTATION COMPANY

Anne M. Littlejohn
ARDC No. 6293236
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1040
Chicago, Illinois 60606
(312) 641-3100

31955/13442/JAF/AML
Leon Ristin v. Swift Transportation Company

## SERVICE LIST

Steven A. Williams, Esq.
Pontikes & Associates
111 West Washington Street
Suite 1221
Chicago IL 60602
(312) 464-1440
(312) 464-1442 (Fax)