**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Leon Ristin
                        Plaintiff,

v.                                                    Case No.: 1:08−cv−02238
                                                             Honorable Ruben Castillo

Richelieu Brown, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion to continue pretrial/settlement conference [15] is granted. Settlement conference reset to 9/24/2008 at 2:30 p.m. Plaintiff's motion to vacate [10] is entered and continued to 9/24/2008 at 2:30 p.m. Motion hearing set for 8/27/2008 and settlement conference set for 8/28/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.